IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ERIC L. MARTIN,**

    **Plaintiff,**

v.                                             Case No. 4:18cv176-MW/CAS

**JULIE JONES, et. al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with court orders. All pending motions, ECF Nos. 2 and 4, are denied." The Clerk shall close the file.

**SO ORDERED on July 5, 2018.**

                                                                    **s/Mark E. Walker** \_\_\_\_
                                                                     **United States District Judge**